**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel–Jay D. MAHONE, Defendant–Appellant.**

**No. 04–16052.**
**Non–Argument Calendar**
**D.C. Docket No. 99–00194–CR–001.**

United States Court of Appeals,
Eleventh Circuit.

May 5, 2005.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Peter J. Madden, Madden & Soto, Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM.

Peter J. Madden, appointed counsel for Daniel–Jay D. Mahone in this direct crimi-

nal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mahone's convictions and sentences are **AFFIRMED**.